OSCN Found Document:STATE OF OKLAHOMA ex rel. OBA v. SPIELMAN

 

 
 STATE OF OKLAHOMA ex rel. OBA v. SPIELMAN
2025 OK 94
Case Number: SCBD-8022
Decided: 12/15/2025
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2025 OK 94, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION. 

IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

STATE OF OKLAHOMA ex rel., OKLAHOMA BAR ASSOCIATION, Complainant,
v.
DAVID PHILLIP SPIELMAN, Respondent.

 

ORDER OF IMMEDIATE INTERIM SUSPENSION

¶1 On November 14, 2025, the OBA filed its verified complaint and application for emergency interim suspension against Respondent David Phillip Spielman, pursuant to Rules 6 and 6.2A, Rules Governing Disciplinary Proceedings, 5 O.S.2011, ch. 1, app. 1-A. With the concurrence of the Professional Responsibility Commission, the OBA requests an emergency interim suspension and related relief to preserve and recover funds, pursuant to Rule 6.2A of the RGDP.

¶2 In support, the OBA reports that it has received sufficient evidence demonstrating Respondent has committed conduct in violation of Rules 8.4(b) and (c) of the Oklahoma Rules of Professional Conduct, and Rule 1.3 of the Rules Governing Disciplinary Proceedings, and that his conduct poses an immediate threat of substantial and irreparable public harm.

¶3 The OBA details in the verified complaint that the grievance complained that Respondent had engaged in concerning activity related to several juvenile females, to which Respondent was subsequently arrested for felony stalking in State of Oklahoma v. David Phillip Spielman, Case No. MI-2025-1189, Oklahoma County, Oklahoma. The Court ordered Respondent to show cause why an emergency interim suspension should not be entered, and Respondent filed a response.

¶4 Upon consideration of the verified complaint and application for emergency interim suspension and Respondent's Response thereto, the Court finds that Respondent has committed conduct in violation of the Oklahoma Rules of Professional Conduct that poses an immediate threat of substantial and irreparable public harm.

¶5 IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Respondent, David Phillip Spielman, is hereby suspended from the practice of law, pursuant to Rule 6.2A of the RGDP.

¶6 FURTHERMORE, Respondent is ordered to give written notices by certified mail, within twenty (20) days from the date of this Order to all his clients having legal business pending of his inability to represent them and the necessity for promptly retaining new counsel. If Respondent is a member of or associated with a law firm or professional corporation, such notice shall be given to all clients of the firm or professional corporation, which have legal business then pending with respect to which Respondent has substantial responsibility. Respondent shall file a formal withdrawal as counsel in all cases pending in any tribunal. Respondent must file, within twenty (20) days from the date of this Order, an affidavit with the Commission and the Clerk of the Supreme Court stating that he has complied with this Order, together with a list of the clients so notified and a list of all other State and Federal courts and administrative agencies before which Respondent is admitted to practice. Proof of substantial compliance by Respondent with this Order shall be a condition precedent to any petition for reinstatement.

¶7 DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE ON DECEMBER 15, 2025.

/s/____________________________
CHIEF JUSTICE

ALL JUSTICES CONCUR